IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO FLORES, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:21-cv-02284 |
| v. | § § | |
| CENTENO AC INSULATION AND SHEET METAL LLC, | § § § | COLLECTIVE ACTION |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Plaintiff respectfully notifies the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing the Settlement Agreement. The Parties intend to file closing documents as soon as practicable, but respectfully request that the Court maintain this case on its docket for an additional 30 days while the Parties complete settlement paperwork. The Parties will notify the Court if they require additional time to submit closing documents.

Dated April 8, 2022

        Respectfully submitted,

        SHELLIST | LAZARZ | SLOBIN LLP

By:   */s/ Ricardo J. Prieto*
      Ricardo J. Prieto
      State Bar No. 24062947
      rprieto@eeoc.net
      Melinda Arbuckle
      State Bar No. 24080773
      marbuckle@eeoc.net
      11 Greenway Plaza, Suite 1515

Houston, Texas 77046
(713) 621-2277 – Telephone
(713) 621-0993 – Facsimile

ATTORNEYS FOR PLAINTIFF AND
PUTATIVE COLLECTIVE ACTION
MEMBERS

## CERTIFICATE OF SERVICE

     I hereby certify that on April 8, 2022, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be served on all parties by operation of the Court's Electronic Filing System.

                    */s/ Ricardo J. Prieto*
                    Ricardo J. Prieto